UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Julio Cesar Romero-Zamora DEFENDANT(S). | CASE NUMBER: 12-0699M-2 REPORT COMMENCING CRIMINAL ACTION |
|---|---|

TO: CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest: 0930 3/21/2012 ☑ AM / ☐ PM
2. Defendant is in lock-up (in this court building) Yes ☑ No ☐
3. Charges under which defendant has been booked: 8 USC 1324 Illegal Entry / Importation
4. Offense charged is a: ☑ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor
5. U.S. Citizen: ☐ Yes ☑ No ☐ Unknown
6. Interpreter Required: ☐ No ☑ Yes: Spanish (Language)
7. Year of Birth: 1981
8. The defendant is: ☑ Presently in custody on this charge.
   ☐ Federal - In custody on another conviction.
   ☐ State - In custody awaiting trial on these charges.
9. Place of detention (if out-of-district): _____
10. Date detainer placed on defendant: 3/23/12
11. This is a reprosecution of previously dismissed charges. (Docket/Case No. _____)
12. Does the defendant have retained counsel? ☑ No
    ☐ Yes Name: _____ and Phone Number: _____
13. Did you notify Pretrial Services? ☐ No
    ☑ If yes, please list Officer's Name: Duty Officer Time: 0830 ☑ AM ☐ PM
14. Remarks (if any): _____

15. Date: 3/23/12
16. Name: Jeff Bosket (Please Print)
17. Agency: HSI - LA BEST
18. Signature: _____
19. Office Phone Number: 323 240-5941

CR-64 (06/09) REPORT COMMENCING CRIMINAL ACTION