```
 1  ANDRÉ BIROTTE, JR.
    United States Attorney
 2  ROBERT E. DUGDALE
    Assistant United States Attorney
 3  Chief, Criminal Division
    ROBYN K. BACON (Cal. State Bar No.: 251048)
 4  Assistant United States Attorney
    General Crimes Section
 5       1200 United States Courthouse
         312 North Spring Street
 6       Los Angeles, California
         Telephone:  (213) 894-4667
 7       Facsimile:  (213) 894-0141
         E-mail: robyn.bacon@usdoj.gov
 8
    Attorneys for Plaintiff
 9  United States of America
```

FILED
CLERK, U.S. DISTRICT COURT
MAR 2 3 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 12-699-MJ |
|---|---|---|
| Plaintiff, | ) | [~~PROPOSED~~] ORDER FOR DESIGNATING AND DETAINING MATERIAL WITNESSES WITH APPEARANCE BOND SECURED BY THIRD PARTY AFFIDAVIT OF SURETY WITHOUT JUSTIFICATION |
| v. | ) | |
| ESTEBAN SANCHEZ-HERNANDEZ, et al., | ) | |
| Defendants. | ) | |

FOR GOOD CAUSE SHOWN, and pursuant to 18 U.S.C. § 3144, IT IS HEREBY ORDERED that the following persons are hereby declared to be material witnesses in the above-captioned case:

1. Leticia Castillo-Santoyo

2. Su Hang Lee or Su Fen Xu

3. Mariana Medrono-Gonzalez

4. Marta Fuentes-Ramirez

5. Oswaldo Beltran-Escalante

6. Romero Guadalupe Prieto-Plascencia OR Ramiro Prieto-

        Placencia

    7. Asencion Grajeola-Islas

    8. Joel Ruiz-Perez

    9. Alfonso Puentes-Mora

IT IS HEREBY FURTHER ORDERED that these aforementioned material witnesses shall be bound over to the custody of the United States Marshal, Central District of California, or in the alternative, released under the following conditions to assure their presence at trial:

    (1) the furnishing of a $5,000 appearance bond secured by a third-party affidavit of surety without justification (with approval of the surety by Pre-trial Services); and

    (2) Pre-trial Services supervision.

DATED: 3/23/12

_____
HON. MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE

Presented by:

_____
ROBYN K. BACON
Assistant United States Attorney