UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Case Number: 2:12-MJ-00699                    Date: 03/23/2012
Title: UNITED STATES OF AMERICA v. Esteban Sanchez-Hernandez
Honorable **Margaret A. Nagle**, United States Magistrate Judge

_Spanish_ ✓
_Mandarin_ ✓

Carson, Earlene
_Deputy Clerk_        _Tape No._        _Interpreter/Language_

In Re: Matter of Material Witness(es)
~~Leticia Castillo-Santoyo~~, Mariana Medrozo-Gonzalez ✓
Martha Fuentes-Ramirez, Oswaldo Beltran-Escalante ✓
Abel Pena-Silva, Asencion Grajeola-Islas ✓
Ruben Ramos-Muniz, Alberto Rangel-Valencia
Joel Ruiz-Perez, Norberto Antonez-Nora

Su Hang Lee or Su Fen Xu ✓
Romero Guadalupe Prieto-Plasencia or Ramiro Prieto-Plascencia ✓
Ricardo Rodriguez-Manzo or Jose Arias-Avalos
Marlon Lopez-Castro or Manuel Renderos-Comayagua
Alfonso Puentes-Mora, Jose Luis Denis Rosales

_Raul Ayala_
Counsel for material witness(es)

_Robyn Bacon_
Assistant U.S. Attorney

☑ Witness(es):   ☑ Present   ☐ Not present   ☑ In custody

PROCEEDING: INITIAL APPEARANCE AND DESIGNATION OF MATERIAL WITNESS(ES)

☑ Upon the filing of a Financial Affidavit, Court appoints the Deputy Federal Public Defender as counsel for the above-named witness(es).
☑ Upon motion of the Government/counsel for defendant, the Court orders the above-named witness(es) designated as material.
☑ Bail is set as follows:
  ☑ $5,000.00 Appearance Bond
  ☑ With third party surety approved by PSA/AUSA
  ☐ PSA supervision
  ☐ Residence approved by PSA
  ☐ Other:

☑ Filed Order Designating Material Witness(es)
☑ Filed Commitment and Order Specifying Place of Confinement
☑ Other: Gov't filed Amended motion to list 9 material witnesses instead of 17.

Deputy Clerk Initials _GE_
:30