ORIGINAL

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
MAR 23 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        PLAINTIFF<br>v.<br><br>JOEL RUIZ-PEREZ<br><br>                        DEFENDANT(S), | CASE NUMBER<br><br>12699-MJ<br><br>COMMITMENT AND ORDER SPECIFYING PLACE OF CONFINEMENT<br>(MATERIAL WITNESS) |

TO:   THE UNITED STATES MARSHAL, CENTRAL DISTRICT OF CALIFORNIA and the IMMIGRATION AND CUSTOMS ENFORCEMENT

   The United States Marshal is hereby directed to take custody of ___Joel Ruiz-Perez___, a material witness in the above-entitled case pending before this Court, who was detained pursuant to Title 18, U.S.C. §3142 and §3144. Conditions of release are stated on the proposed bond.

   IT IS ORDERED that the witness be incarcerated at a detention facility specially designated for illegal aliens, where the material witness shall be received and safely kept separated from prisoners charged or convicted of criminal offenses during the pendency of the proceedings.

   IT IS FURTHER ORDERED that if such specially designated detention facility for illegal aliens is not available, the witness shall be incarcerated in another facility approved by the Attorney General of the United States.

   IT IS FURTHER ORDERED that the Immigration and Customs Enforcement shall assist the Marshal to the extent possible in transporting the witness to and from the detention facility.

DATE: __3/23/12__                                         _Margaret A. Nagle_
                                                          UNITED STATES MAGISTRATE JUDGE

---

**RETURN**

Received this commitment and designated prisoner on _____, and on_____

committed him/her to _____

                                                UNITED STATES MARSHAL
                                                Central District of California

DATED: _____        By:_____
                                                            Deputy

Released on bail _____        Time: _____
                        Date

---

M-3(6/00)   COMMITMENT AND ORDER SPECIFYING PLACE OF CONFINEMENT (MATERIAL WITNESS)