ORIGINAL

FILED
CLERK, U.S. DISTRICT COURT
MAR 23 2012
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | 12699-MJ |
| v. | |
| Oswaldo Beltran-Escalante, | COMMITMENT AND ORDER SPECIFYING PLACE OF CONFINEMENT (MATERIAL WITNESS) |
| DEFENDANT(S), | |

LODGED
2012 MAR 22 PM 1:12
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

TO:   THE UNITED STATES MARSHAL, CENTRAL DISTRICT OF CALIFORNIA and the IMMIGRATION AND CUSTOMS ENFORCEMENT

The United States Marshal is hereby directed to take custody of __Oswaldo Beltran-Escalante__, a material witness in the above-entitled case pending before this Court, who was detained pursuant to Title 18, U.S.C. §3142 and §3144.  Conditions of release are stated on the proposed bond.

IT IS ORDERED that the witness be incarcerated at a detention facility specially designated for illegal aliens, where the material witness shall be received and safely kept separated from prisoners charged or convicted of criminal offenses during the pendency of the proceedings.

IT IS FURTHER ORDERED that if such specially designated detention facility for illegal aliens is not available, the witness shall be incarcerated in another facility approved by the Attorney General of the United States.

IT IS FURTHER ORDERED that the Immigration and Customs Enforcement shall assist the Marshal to the extent possible in transporting the witness to and from the detention facility.

DATE: 3/23/12

_Margaret A. Nagle_
UNITED STATES MAGISTRATE JUDGE

**RETURN**

Received this commitment and designated prisoner on _____, and on_____

committed him/her to _____

UNITED STATES MARSHAL
Central District of California

DATED: _____     By: _____
                              Deputy

Released on bail _____     Time: _____
                Date