AO 468 (9/04) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

__CENTRAL__ DISTRICT OF __CALIFORNIA__

UNITED STATES OF AMERICA

V.

ESTEBAN SANCHEZ-HERNANDEZ, et al.,

WAIVER OF PRELIMINARY EXAMINATION OR HEARING
(Fed. R. Crim. P. 5.1)

Case Number: 12-699-MJ

I, __Julio Romero-Zamora__, charged in a complaint pending in this District with: Conspiracy to Bring Aliens to the United States, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(V)(I), and having appeared before this Court and been advised of my rights as required by Fed. R. Crim. P. 5.1, including my right to have a preliminary hearing, do hereby give up my right to a preliminary hearing.

__3-29-12__
Date

__[signature]__
Defendant

__3-29-12__
Date

__[signature] Yolanda Barrera__
Counsel for Defendant

[If defendant is not an English speaker, include the following:]

I, __SHARON SPENCE__, am fluent in written and spoken English and __Spanish__ languages. I accurately translated this Waiver of Preliminary Examination or Hearing from English into __Spanish__ to defendant __Julio Romero-Zamora__, on this date.

__3/29/12__
Date

__[signature] Sharon Spence__
Interpreter